## DELESSERT *vs.* ARGENTI.

*Fourth Judicial District Court, July, 1857.*

### RECEIVERS.

It is contrary to good policy to allow receivers of partnership property to institute suits for the discovery of assets of the estate they represent, not claimed by the parties.

It is necessary it should be done by creditors to whom the benefit accrues, and at their expense.

This is a suit by the receiver in the action of Cavallier vs. Argenti, to set aside certain conveyances of real estate, alleged to be fraudulently made by Argenti & Co. to Madelina Cucchi, one of defendants. Plaintiff is receiver in the suit for dissolution of the partnership, and files this bill for the benefit of creditors, and also asks for the appointment of a receiver, and for an injunction.

The defendant demurs on the grounds that plaintiff has no right to resort to equity to discover assets, and that plaintiff has no authority to commence this suit.

*E. Musson*, for plaintiff.

*McDougal & Sharp*, for defendant.

HAGER, J., held it to be contrary to good policy to allow receivers to institute suits of this kind. The entire assets might be wasted by litigation in the attempt to discover property supposed to be improperly disposed of. Neither party to the original suit claims the property, and if it is necessary to commence proceedings, it should be done by creditors, to whom the benefit accrues, and at their own expense. The right of plaintiffs to sue has been decided in a similar case, Crockett vs. Seale, passed upon this term, (see p. 150.)

Demurrer sustained.